**Rito VARGAS–MARQUEZ, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 09–71349.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 16, 2011.*

Filed Sept. 21, 2011.

Jesus Manuel Sanchez, Esquire, J. Manuel Sanchez & Associates, San Ysidro, CA, for Petitioner.

---

Allen Warren Hausman, Esquire, Senior Litigation Counsel, OIL, U.S. Department of Justice, Washington, DC, Ronald E. Le-Fevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: PAEZ, BERZON, and BEA, Circuit Judges.

MEMORANDUM **

Pursuant to this court's decision in *Ruben Reyes–Torres v. Holder*, 645 F.3d 1073 (9th Cir.2011), the order of the Board of Immigration Appeals is vacated and the case is remanded to the Board for proceedings consistent with that opinion.

**REMANDED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.